690

190 So. 925

**Marvin TERRY v. STATE.**

**8 Div. 881.**

Court of Appeals of Alabama.

June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

198 So. 881

**Marvin TERRY v. STATE.**

**8 Div. 32.**

Court of Appeals of Alabama.

Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

199 So. 917

**Marvin TERRY v. STATE.**

**8 Div. 33.**

Court of Appeals of Alabama.

Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

196 So. 907

**Earl THOMAS v. STATE.**

**1 Div. 374.**

Court of Appeals of Alabama.

May 14, 1940.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

197 So. 903

**Bob THOMPSON v. STATE.**

**8 Div. 1.**

Court of Appeals of Alabama.

June 11, 1940.

P. W. Shumate, of Guntersville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

196 So. 907

**Elmer THOMPSON v. STATE.**

**8 Div. 937.**

Court of Appeals of Alabama.

May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.